IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Timothy Allen Parsons,          :
            Appellant     :
                          :
       v.                :    No. 874 C.D. 2016
                          :
Commonwealth of Pennsylvania,  :
Department of Transportation,    :
Bureau of Driver Licensing      :

# **O R D E R**

NOW, May 19, 2017, having considered appellant's application for reconsideration, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge